No. 357, Misc.   MILLER *v.* EIDSON, WARDEN;

No. 362, Misc.   BERGEN *v.* WARDEN, MARYLAND STATE PENITENTIARY;

No. 370, Misc.   BOYDEN *v.* MCGEE, DIRECTOR, DEPARTMENT OF CORRECTIONS OF CALIFORNIA, ET AL.;

No. 371, Misc.   TARVER *v.* FAY, WARDEN;

No. 376, Misc.   DUNCAN *v.* WARDEN, NEBRASKA STATE PENITENTIARY;

No. 379, Misc.   WHITE *v.* HIATT, WARDEN; and

No. 393, Misc.   IN RE OPPEDISANO.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 527.   UNITED STATES *v.* KLINGER ET AL.   C. A. 2d Cir.   Certiorari granted.   The motions of Stanley M. Klinger and William Cantor for leave to proceed *in forma pauperis* are granted and it is ordered that Louis Bender, Esquire, of New York City, be appointed to serve as counsel for those respondents.   *Solicitor General Cummings* for the United States.   *Eugene H. Nickerson* for Sandler, respondent.

No. 617.   DISTRICT OF COLUMBIA *v.* JOHN R. THOMPSON Co., INC.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted. *Vernon E. West, Chester H. Gray* and *Edward A. Beard* for petitioner.   *Ringgold Hart, John J. Wilson* and *Jo V. Morgan, Jr.* for respondent.   *Attorney General Brownell, Acting Solicitor General Stern* and *Philip Elman* filed a brief for the United States, as *amicus curiae*, in support of the petition for a writ of certiorari.